Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Deante Edwards, a/k/a Tay<br><br>*Defendant* | )<br>)<br>)  Case No.  3:20-cr-42-06<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Deante Edwards, a/k/a Tay ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Maintaining a Drug-Involved Premise;
Possession with Intent to Distribute Oxycodone;
Aiding and Abetting; and
Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state: Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-21-2020 and the person was arrested on *(date)* 2-28-2020
at *(city and state)* Rolla, ND.

Date: 2-28-2020

*Arresting officer's signature*

Isaiah Soldier, Special Agent
*Printed name and title*